**FILED**
United States Court of Appeals
Tenth Circuit

MAY 1 2001

PATRICK FISHER
Clerk

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY - 3 2001

In Re: State of Utah v. Evans, et al.

Utah Dist. No. 2:01-CV292(G)

MARKUS B. ZIMMER, CLERK

BY _____
DEPUTY CLERK

**ORDER**

Before **TACHA**, Chief Circuit Judge,

This matter is before the court to appoint a three judge panel pursuant to 28 U.S.C. § 2284(a). Judges Michael R. Murphy, J. Thomas Greene, and Dale A. Kimball are appointed to act in this matter pursuant to 28 U.S.C. §§ 2284(b). Judge Michael R. Murphy, Circuit Judge, shall preside. The panel may take all appropriate actions necessary to conduct these proceedings. Likewise, any single judge of the panel may take all necessary and appropriate actions in accord with 28 U.S.C. § 2284(a)(3).

Entered for the Court

PATRICK FISHER
Clerk of Court

                                                                    alf
                    United States District Court
                              for the
                         District of Utah
                          May 4, 2001


            * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-cv-00292


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:

    Mr. J. Mark Ward, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    236 STATE CAPITOL
    SALT LAKE CITY, UT  84114
    JFAX 9,5381121

    Thomas R. Lee, Esq.
    1395 E CANBERRA DR
    LINDON, UT  84042

    Michael S. Lee, Esq.
    SIDLEY & AUSTIN
    1722 EYE ST NW
    WASHINGTON, DC  20006

    Jathan W. Janove, Esq.
    JANOVE & ASSOCIATES
    9 EXCHANGE PLACE STE 900
    SALT LAKE CITY, UT  84111
    JFAX 9,5300428