FILED

2\, [?] '01 [?] 11: 03

DIST[?]    [?]AH

BY: _____

RECEIVED CLERK

**MAY 0 2 2001**

U.S. DISTRICT COURT

Roy Cooper
North Carolina Attorney General
Edwin M. Speas, Jr.
Chief Deputy Attorney General
Tiare B. Smiley
Special Deputy Attorney General
James Peeler Smith
Special Deputy Attorney General
Attorneys for Defendant-Intervenors,
*State of North Carolina, et al.*
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

Jathan W. Janove
Utah Bar No. 3722
Local Counsel for Defendant-Intervenors,
*State of North Carolina, et al.*
Janove Baar Associates, L.C.
9 Exchange Place, Suite 900
Salt Lake City, UT 84111
Telephone: (801)530-0404 ext. 230
Facsimile: (810) 530-0428

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, Michael O. Leavitt, Governor, Olene S. Walker, Lieutenant Governor, Mark L. Shurtleff, Utah Attorney General, L. Alma Mansell, President of the Utah Senate, Martin R. Stephens, Speaker of the Utah House, Mike Dmitrich, Utah Senate Minority Leader, Ralph Becker, Utah House Minority Leader, Orrin G. Hatch, United States Senator, Robert F. Bennett, United States Senator, James V. Hansen, Member of Congress, Christopher B. Cannon, Member of Congress, James Matheson, Member of Congress,<br><br>                           Plaintiffs,<br><br>v.<br><br>DONALD L. EVANS, Secretary of Commerce, William G. Barron, Acting Director, United States Census Bureau,<br>                           Defendants,<br><br>                  and | Case No. 2:01-CV-00292:G<br><br>ORDER |



|  |  |
|---|---|
| STATE OF NORTH CAROLINA, Michael F. Easley, Governor; Beverly Perdue, Lieutenant Governor; Roy Cooper, North Carolina Attorney General; Marc Basnight, President Pro Tempore of the North Carolina Senate; James Black, Speaker of the North Carolina House; Patrick Ballantine, North Carolina Senate Minority Leader; Leo Daughtry, North Carolina House Minority Leader; Jesse Helms, United States Senator; John Edwards, United States Senator; Eva M. Clayton, Member of Congress; Bob Etheridge, Member of Congress; Walter B. Jones, Member of Congress; David Price, Member of Congress; Richard Burr, Member of Congress; J. Howard Coble, Member of Congress; Mike McIntyre, Member of Congress; Robin Hayes, Member of Congress; Sue Myrick, Member of Congress; T. Cass Ballenger, Member of Congress; Charles H. Taylor, Member of Congress; and Melvin L. Watt, Member of Congress, Defendant-Intervenors. | : |

The Court hereby ALLOWS the North Carolina applicants' unopposed Motion to Intervene as defendants in this action pursuant to Federal Rules of Civil Procedure 24(a) and (b), and ORDERS that the proposed Answer of North Carolina Intervenors, attached to the motion, be accepted and deemed filed as Answer to the Complaint.

This the 3rd day of May, 2001.

J. Thomas Greene
United States District Judge  *Michael R. Murph*
                              *U.S. Court judge*

ce

United States District Court
for the
District of Utah
May 24, 2001


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:01-cv-00292


True and correct copies of the attached were either mailed or faxed by the clerk to the following:

   Mr. J. Mark Ward, Esq.
   UTAH ATTORNEY GENERAL'S OFFICE
   236 STATE CAPITOL
   SALT LAKE CITY, UT  84114
   JFAX 9,5381121

   Thomas R. Lee, Esq.
   1395 E CANBERRA DR
   LINDON, UT  84042

   Michael S. Lee, Esq.
   SIDLEY & AUSTIN
   1722 EYE ST NW
   WASHINGTON, DC  20006

   Daniel D. Price, Esq.
   US ATTORNEY'S OFFICE
   ,
   JFAX 9,5245985

   Carol Federighi, Esq.
   UNITED STATES DEPT OF JUSTICE
   CIVIL DIVISION
   901 E ST NW RM 862
   WASHINGTON, DC  20530

   Amy M. Allen, Esq.
   US DEPT OF JUSTICE
   CIVIL DIVISION
   901 E ST NW
   PO BOX 883
   WASHINGTON, DC  20044

   Jathan W. Janove, Esq.
   JANOVE & ASSOCIATES
   9 EXCHANGE PLACE STE 900
   SALT LAKE CITY, UT  84111
   JFAX 9,5300428

   Tiare B. Smiley, Esq.

NORTH CAROLINA ATTORNEY GENERAL'S OFFICE
PO BOX 629
RALEIGH, NC   27602
JFAX 8,919,7166763