FILED
RECEIVED CLERK
2001 JUN 11 P 5: 32
U.S. DISTRICT COURT
DISTRICT OF UTAH

Mark L. Shurtleff USB # 4666
UTAH ATTORNEY GENERAL
Raymond A. Hintze USB #1501
Chief Civil Deputy Attorney General
J. Mark Ward USB # 4436
Assistant Attorney General
236 State Capitol Building
Salt Lake City, Utah 84114
Telephone 801-538-1191
Facsimile 801-538-1121

Thomas R. Lee USB # 5991
1395 E. Canberra Dr.
Lindon, Utah 84042
Telephone 801-378-9024
Facsimile 801-378-5893

Gene C. Schaerr
Michael S. Lee USB #8108
Jay T. Jorgensen USB #8216
SIDLEY AUSTIN BROWN & WOOD
1722 Eye St., NW
Washington, DC 20006
Telephone 202-736-8000
Facsimile 202-736-8711

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, | :<br>:<br>: |
| Plaintiffs,<br>v. | :<br>: **MOTION FOR SUMMARY**<br>: **JUDGMENT** |
| DONALD L. EVANS, *et al.*, | : |
| Defendants. | : Case No. 2:01-CV-292G |



For the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully move this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and DUCivR 56-1.

RESPECTFULLY SUBMITTED this 11th day of June, 2001.

_____
Mark L. Shurtleff
Attorney General of Utah
Raymond A. Hintze
Chief Civil Deputy Attorney General
J. Mark Ward
Assistant Attorney General

Thomas R. Lee
1395 E. Canberra Dr.
Lindon, UT 84042
801-378-9024

Gene C. Schaerr
Michael S. Lee
Jay T. Jorgensen
SIDLEY AUSTIN BROWN & WOOD
1722 Eye St., NW
Washington, DC 20006
202-736-8000

## CERTIFICATE OF SERVICE

I, Becky Jorgensen, hereby certify that a true and correct copy of the foregoing document was served on June 11, 2001 via electronic mail, hand delivery and/or overnight delivery on each of the persons listed below:

Hon. Paul M. Warner
U.S. Attorney's Office, District of Utah
185 South State Street #400
Salt Lake City, UT 84111

Stuart E. Schiffer
Sandra M. Schraibman
Amy M. Allen
United States Department of Justice
PO Box 883
901 E Street, NW
Washington, D.C. 20044

Edwin M. Speas, Jr.
Tiare B. Smiley
James Peeler Smith
State of North Carolina
114 W. Edenton St.
PO Box 629
Raleigh, NC  26702

Jathan W. Janove
Janove Baar Associates, L.C.
9 Exchange Place Suite 900
Salt Lake City, UT  84111

_____
Becky Jorgensen – Legal Secretary