Roy Cooper
North Carolina Attorney General
Edwin M. Speas, Jr.
Chief Deputy Attorney General
Tiare B. Smiley
Special Deputy Attorney General
James Peeler Smith
Special Deputy Attorney General
Attorneys for Defendant-Intervenors,
*State of North Carolina, et al.*
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6763

Jathan W. Janove
Utah Bar No. 3722
Local Counsel for Defendant-Intervenors,
*State of North Carolina, et al.*
Janove Baar Associates, L.C.
9 Exchange Place, Suite 900
Salt Lake City, UT 84111
Telephone: (801)530-0404 ext. 230
Facsimile: (810) 530-0428

FILED
CLERK, U.S. DISTRICT COURT
11 JUL 01 AM 11: 10
DISTRICT OF UTAH
BY: _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD L. EVANS, *et al.*,<br>　　　　Defendants,<br><br>and<br><br>STATE OF NORTH CAROLINA, *et al.*,<br>　　　　Defendant-Intervenors. | Case No. 2:01-CV-292G<br><br>**NORTH CAROLINA INVERVENORS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** |



Now Come North Carolina Intervenors and, pursuant to Fed. R. Civ. P. 12(b)(6) and 56 and DUCivR 56-1, respectfully move the Court to dismiss and for summary judgment on the grounds that:

1. Plaintiffs' request for a recalculation of the 2000 Census and a new apportionment is barred by the doctrine of laches.

2. The Census Bureau's use of the statistical method of imputation in the 2000 census does not violate § 195 of the Census Act, 13 U.S.C. § 1, *et seq.*

3. The Census Bureau's use of the statistical method of imputation in the 2000 census does not violate Art. 1, § 2, cl. 3 of the Constitution.

This the 10th day of July, 2001.

        Roy Cooper
        North Carolina Attorney General

        Edwin M. Speas, Jr.
        Chief Deputy Attorney General

        Tiare B. Smiley
        Special Deputy Attorney General
        N.C. State Bar # 7719

        James Peeler Smith
        Special Deputy Attorney General
        N.C. State Bar # 5193

        North Carolina Department of Justice
        Post Office Box 629
        Raleigh, North Carolina 27602
        Telephone: (919) 716-6900

        Attorneys for Defendant-Intervenors
        *State of North Carolina, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **North Carolina Intervenors' Motion to Dismiss and for Summary Judgment** have been served by Federal Express, Priority Overnight delivery, next business day, addressed as follows:

Mark L. Shurtleff
Attorney General of Utah
Raymond A. Hintze
Chief Civil Deputy Attorney General
J. Mark Ward
Assistant Attorney General
236 State Capitol Building
Salt Lake City, Utah 84114
Telephone: (801) 538-1191

Gene C. Schaerr
Michael S. Lee
Jay T. Jorgensen
SIDLEY & AUSTIN
1722 Eye St. NW
Washington, DC 20006

Attorneys for *State of Utah, et al.*

Stuart E. Schiffer
Deputy Assistant Attorney General
Sandra M. Schraibman
Amy M. Allen
Carol Federighi
Attorneys, U. S. Department of Justice
Civil Division, Federal Programs Branch
901 E. St. NW Room 918 (20004)
P. O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4523

Attorneys for *Donald L. Evans
and William G. Barron*

This the 10th day of July, 2001.

ROY COOPER
NORTH CAROLINA ATTORNEY GENERAL

Tiare B. Smiley
Special Deputy Attorney General