FILED
RECEIVED CLERK

2001 JUL 11 P 5: 13

U.S. DISTRICT COURT
DISTRICT OF UTAH

Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
CAROL FEDERIGHI
AMY M. ALLEN
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 901 E Street, N.W.
Washington, D.C. 20044
Telephone: (202) 514-4523
Facsimile: (202) 616-8202
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., ) | |
| ) | Civil No. 2:01-CV-000292G |
| Plaintiffs, ) | |
| ) | **DEFENDANTS' MOTION** |
| v. ) | **TO DISMISS OR, IN THE** |
| ) | **ALTERNATIVE, THEIR** |
| DONALD L. EVANS, United States ) | **CROSS-MOTION FOR** |
| Secretary of Commerce, et al., ) | **SUMMARY JUDGMENT** |
| ) | |
| Defendants. ) | |

For the reason set forth in the accompanying memorandum, Defendants Donald L. Evans, United States Secretary of Treasury, and William G. Barron, Acting Director, United States Census Bureau, hereby respectfully move this Court to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) or, alternatively, for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56 and DUCivR 56-1.

In support of their Motion, Defendants incorporate and file herewith their Consolidated Memorandum in Support of their Motion to Dismiss, or in the Alternative, their Cross-Motion for Summary Judgment, and in Opposition to Plaintiffs' Motion for Summary Judgment and the



exhibits attached thereto, the supporting Declarations submitted by Howard Hogan, Chief of the Decennial Statistical Studies Division of the Census Bureau, and Joseph Waksberg, former Associate Director of the Census Bureau and currently Chairman of the Board of Westat, Inc., and the Administrative Record filed by Defendants in this case.

Respectfully submitted,

STUART E. SCHIFFER
Acting Assistant Attorney General

SANDRA M. SCHRAIBMAN
CAROL FEDERIGHI
AMY M. ALLEN
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 901 E Street, N.W.
Washington, D.C. 20044
Telephone: (202) 514-4523
Facsimile: (202) 616-8202

Counsel for Defendants

Dated: July 11, 2001

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2001, a copy of the foregoing Defendants' Motion to Dismiss or, in the Alternative, their Cross-Motion for Summary Judgement was sent by Federal Express to:

Raymond A. Hintze
Chief Civil Deputy Attorney General
236 State Capitol Building
Salt Lake City, Utah 84114

Gene C. Schaerr
SIDLEY & AUSTIN
1722 Eye St., N.W.
Washington, D.C. 20006

Thomas R. Lee
1395 Canberra Drive
Lindon, Utah 84042

Tiare Smiley
Special Deputy Attorney General
State of North Carolina
114 W. Edenton Street
Raleigh, North Carolina 27603-1013

_____
AMY M. ALLEN