Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
CAROL FEDERIGHI
AMY M. ALLEN
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 901 E Street, N.W.
Washington, D.C. 20044
Telephone: (202) 514-4523
Facsimile: (202) 616-8202
Attorneys for Defendants

RECEIVED CLERK
**FILED**
2001 AUG 14 P 5:48

U.S. DISTRICT COURT
DISTRICT OF UTAH

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., | )<br>) |
| Plaintiffs, | ) Civil No. 2:01-CV-000292G<br>) |
| v. | ) DEFENDANTS' MOTION FOR<br>) LEAVE TO FILE AN OVERLENGTH<br>) CONSOLIDATED MEMORANDUM |
| DONALD L. EVANS, United States Secretary of Commerce, et al. | )<br>) |
| Defendants. | )<br>) |

Pursuant to Local Rules 7-1(e), Defendants Donald L. Evans, United States Secretary of Treasury, and William G. Barron, Acting Director, United States Census Bureau, hereby seek leave to file a 44-page overlength Reply Memorandum (59 pages minus the Introduction, Further Response to Plaintiffs' Statement of Material Facts, and Reply to Plaintiffs' Response to Statement of Material Facts) in Support of their Motion to Dismiss or, in the Alternative, their Cross-Motion for Summary Judgment. As grounds for this motion, Defendants state as follows:

1. On June 11, 2001, plaintiffs filed their 88-page Reply Memorandum in Support of Summary Judgment and Memorandum in Opposition to Defendants' Cross-Motions for



Summary Judgment and Motions to Dismiss, with attached declaration.

2. Defendants cannot adequately respond to the arguments made in plaintiffs' Memorandum in the space allowed by the Local Rules.

3. On this date, defendants have lodged their overlength Reply Memorandum in support of their Motion to Dismiss or, in the Alternative, their Cross-Motion for Summary Judgement with the Clerk for filing pending the Court's ruling on this Motion.

WHEREFORE, defendants respectfully request that the Court grant this Motion and allow the defendants to file an overlength Reply Memorandum in support of their Motion to Dismiss or, in the Alternative, their Cross-Motion for Summary Judgement. A proposed Order granting the relief requested herein is attached for the convenience of the Court.

Respectfully submitted,

STUART E. SCHIFFER
Acting Assistant Attorney General

SANDRA M. SCHRAIBMAN
CAROL FEDERIGHI
AMY M. ALLEN
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 901 E Street, N.W.
Washington, D.C. 20044
Telephone: (202) 514-4523
Facsimile: (202) 616-8202

Counsel for Defendants

Dated: August 14, 2001

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2001, a copy of the foregoing DEFENDANTS'

MOTION FOR LEAVE TO FILE AN OVERLENGTH CONSOLIDATED MEMORANDUM

AND PROPOSED ORDER were sent by Federal Express to:

Raymond A. Hintze
Chief Civil Deputy Attorney General
236 State Capitol Building
Salt Lake City, Utah 84114

Tiare Smiley
Special Deputy Attorney General
State of North Carolina
114 W. Edenton Street
Raleigh, North Carolina 27603-1013

Gene C. Schaerr
SIDLEY & AUSTIN
1722 Eye St., N.W.
Washington, D.C. 20006

Thomas R. Lee
1395 Canberra Drive
Lindon, Utah 84042

_____
AMY M. ALLEN