## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Michael R. Murphy, Circuit Judge
          Hon. Dale A. Kimball, District Judge
          Hon. J. Thomas Greene, District Judge

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Trisha Little
INTERPRETER: n/a

CASE NO. 2:01-cv-00292 G

State of Utah et al v Donald L. Evans, US Secretary of Commerce, et al.

Approved By: _____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Michael R. Lee * |
| Pla | Mark Shurtleff |
| Pla | Michael S. Lee |
| Dft | Amy Allen * |
| Dft | Carol Federighi |
| Intdft | Tiara B. Smiley * |
| Intdft | James Peeler Smith * |
| Intdft | Jathan W. Janove |

DATE: Wednesday, 08/29/01

MATTER SET: Motions for Summary Judgment

DOCKET ENTRY:
    This hearing is being presided over by a Three Judge Panel. Arguments heard on multiple Motions/Cross Motions for Summary Judgement. Exhibits were used for demonstrative purposes only. The Panel takes under advisement: [25-2] Motion by St of NC Intv Dfts |for summary judgment as to St of NC Intv Dfts|; [32-1] Motion by Donald L. Evans, William G. Barron |for summary judgment pursuant to Rule 56| ; [20-1]Motion by St of Ut, Michael O. Leavitt, Olene S. Walker, Mark L. Shurtleff, L. Alma Mansell, Martin R. Stephens, Mike Dmitrich, Ralph Becker, Orrin G. Hatch, Robert F. Bennett, James V. Hansen, Christopher B. Cannon, James Matheson, Blake, J. Russon, Michael Wayne Andersen, Brent McGhie, Jean McGhie |for summary judgment|; [47-1] Alternative Cross motion by Donald L. Evans, William Barron |for summary judgment| .

