```
FILED
CLERK, U.S. DISTRICT COURT
-7 SEP 01 AM 9:32
DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK
```

STUART E. SCHIFFER
Acting Assistant Attorney General
SANDRA M. SCHRAIBMAN
AMY M. ALLEN
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 901 E Street, N.W.
Washington, D.C. 20044
Telephone: (202) 514-4523
Facsimile: (202) 616-8202
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH, et al.,** | ) |
| | ) |
| | ) Civil No. 2:01-CV-000292G |
| Plaintiffs, | ) |
| | ) |
| v. | ) **DEFENDANTS' MOTION TO** |
| | ) **STRIKE AND OBJECTIONS TO** |
| **DONALD L. EVANS, United States** | ) **PLAINTIFFS' FILING OF THIRD** |
| **Secretary of Commerce, et al.,** | ) **DECLARATION OF LARA J.** |
| | ) **WOLFSON** |
| Defendants. | ) |
| | ) |

For the reasons set forth in the accompanying memorandum, Defendants Donald L. Evans, United States Secretary of Treasury, and William G. Barron, Acting Director, United States Census Bureau, hereby respectfully object to plaintiffs' filing of the Third Declaration of Lara J. Wolfson, Ph.D., Regarding Plaintiffs' Acquisition of Data on Imputation of Data in Census 2000, and move this Court to strike it from the record.



Respectfully submitted,

STUART E. SCHIFFER
Acting Assistant Attorney General

SANDRA M. SCHRAIBMAN
AMY M. ALLEN
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 901 E Street, N.W.
Washington, D.C. 20044
Telephone: (202) 514-4523
Facsimile: (202) 616-8202

Counsel for Defendants

Dated: September 5, 2001

2