AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| State of Utah et al. | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Donald Evans et al | |

Case Number: 2:01 cv 292 G

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and intervenors and plaintiffs' cause of action is dismissed.

Entered on docket
11/5/01 by:
Deputy Clerk

November 2, 2001         Markus B. Zimmer
Date                     Clerk

(By) Deputy Clerk

alp

United States District Court
for the
District of Utah
November 5, 2001


\* \* CERTIFICATE OF SERVICE OF CLERK \* \*


Re:   2:01-cv-00292



True and correct copies of the attached were either mailed or faxed by the clerk to the following:


        Mr. J. Mark Ward, Esq.
        UTAH ATTORNEY GENERAL'S OFFICE
        LITIGATION UNIT
        160 E 300 S 6TH FL
        PO BOX 140856
        SALT LAKE CITY, UT  84114-0856
        JFAX 9,3660101

        Thomas R. Lee, Esq.
        1395 E CANBERRA DR
        LINDON, UT  84042

        Michael S. Lee, Esq.
        SIDLEY AUSTIN BROWN & WOOD
        1501 K ST NW
        WASHINGTON, DC  20005

        Gene Schaerr, Esq.
        SIDLEY AUSTIN BROWN & WOOD
        1501 K ST NW
        WASHINGTON, DC  20005

        Daniel D. Price, Esq.
        US ATTORNEY'S OFFICE
        ,
        JFAX 9,5245985

        Carol Federighi, Esq.
        UNITED STATES DEPT OF JUSTICE
        CIVIL DIVISION
        901 E ST NW RM 862
        WASHINGTON, DC  20530

        Amy M. Allen, Esq.
        US DEPT OF JUSTICE
        CIVIL DIVISION
        901 E ST NW
        PO BOX 883
        WASHINGTON, DC  20044
        JFAX 8,202,6168202

Jathan W. Janove, Esq.
JANOVE BAAR ASSOC
9 EXCHANGE PLACE STE 900
SALT LAKE CITY, UT  84111
JFAX 9,5300428

Tiare B. Smiley, Esq.
NORTH CAROLINA ATTORNEY GENERAL'S OFFICE
PO BOX 629
RALEIGH, NC  27602
JFAX 8,919,7166763

Edwin M. Speas Jr, Esq.
NORTH CAROLINA ATTORNEY GENERAL'S OFFICE
PO BOX 629
RALEIGH, NC  27602

Judge Dale A. Kimball
DISTRICT OF UTAH
,

J. Thomas Greene
DISTRICT OF UTAH
,

Michael The Honorable Michael Murphy
125 S STATE RM 5438
SALT LAKE CITY, UT  84138