# ORIGINAL

Mark L. Shurtleff USB # 4666
UTAH ATTORNEY GENERAL
Raymond A. Hintze USB #1501
Chief Civil Deputy Attorney General
J. Mark Ward USB # 4436
Assistant Attorney General
236 State Capitol Building
Salt Lake City, Utah 84114
Telephone 801-538-1191
Facsimile 801-538-1121

Thomas R. Lee USB # 5991
524 J. Reuben Clark Bldg.
Brigham Young University
Provo, Utah 84602
Telephone 801-378-9024
Facsimile 801-378-5893

Gene C. Schaerr
Michael S. Lee USB #8108
SIDLEY AUSTIN BROWN & WOOD
1501 K Street, N.W.
Washington, DC 20005
Telephone 202-736-8000
Facsimile 202-736-8711

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EVANS, et al.<br><br>Defendants. | **Case No. 2:01-CV-292G**<br><br>**NOTICE OF APPEAL** |



The plaintiffs hereby appeal to the United States Supreme Court from the final judgment entered by the three-judge district court on November 5, 2001, dismissing the complaint in this action. This appeal is taken pursuant to 28 U.S.C. §§ 1253, 2101(b), and Pub. L. No. 105-119, § 209(e)(1), 111 Stat. 2482 (codified at 13 U.S.C. § 141 Note).

RESPECTFULLY SUBMITTED this 5th day of November, 2001.

Mark L. Shurtleff
Attorney General of Utah
Raymond A. Hintze
Chief Civil Deputy Attorney General
J. Mark Ward
Assistant Attorney General

Thomas R. Lee
524 J. Reuben Clark Bldg.
Brigham Young University
Provo, Utah 84602
801-378-9024

Gene C. Schaerr
Michael S. Lee
SIDLEY AUSTIN BROWN & WOOD
1501 K Street, N.W.
Washington, DC 20005
Telephone 202-736-8000
Facsimile 202-736-8711

## CERTIFICATE OF SERVICE

I, J. Mark Ward, hereby certify that a true and correct copy of the foregoing document was served on November 5, 2001 on each of the persons listed below:

Hon. Theodore B. Olson
Solicitor General of the United States
U.S. Department of Justice
Washington, D.C. 20530-0001

Hon. Paul M. Warner
U.S. Attorney, District of Utah
185 South State Street #400
Salt Lake City, UT 84111

Amy M. Allen
Carol Federighi
United States Department of Justice
901 E Street, NW
Room 976
Washington, D.C. 20530

Jathan W. Janove
Janove & Associates
Attorney for Defendant, North Carolina
9 Exchange Place #900
Salt Lake City, UT 84111

Tiare B. Smiley
North Carolina Attorney General's Office
P.O. Box 629
Raleigh, NC 27602-0629

3